State *v.* Fisler.

became an absolute nullity; that another return had been actually made by the Sessions, which was now before the court, and which alone could be resorted to for the facts.

Rule granted.

---

### THE STATE *against* FISLER.

The answer to the interrogations, in case of an attachment for a contempt, must be delivered *ore tenus.*

---

Fisler in this case, being called upon to answer interrogatories upon an attachment for contempt, a question arose whether he should make his answers *ore tenus* or in writing.

*Per Curiam.* The answers must be made *ore tenus.*

The defendant being then called up and sworn, the interrogatories were severally proposed to him, and he answered them from a printed paper,* which he held in his hand, containing answers to each of the interrogatories; afterwards he signed the printed answers, and they were annexed to the interrogatory.

---

* The counsel had the answers printed, because the defendant was incapable of reading manuscript, *ut audivi.*